UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>HUNEEUS WINES LLC, a Delaware Limited Liability Company, dba Flowers Vineyards & Winery,<br><br>Defendants. | **Case No. 4:22-cv-02528-JST**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR JOINT SITE INSPECTION**<br><br>The Honorable: Jon S. Tigar<br><br>Complaint Filed: April 26, 2022<br>Trial Date:  None Set |

**PURSUANT TO THE PARTIES' JOINT STIPULATION, IT IS HEREBY ORDERED THAT:**

For good cause appearing, the required joint site inspection is extended to until September 1, 2022, with all other dependent deadlines similarly extended.

**IT IS SO ORDERED.**

Dated: June 9, 2022

By _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT